10 So.3d 1140 (2009)
K.L.F., a child, Appellant,
v.
STATE of Florida, Appellee.
No. 5D08-3827.
District Court of Appeal of Florida, Fifth District.
May 26, 2009.
Ryan Thomas Truskoski, of Ryan Thomas Truskoski, P.A., Orlando, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Jeffrey R. Casey, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Brown v. State, 428 So.2d 250 (Fla.1983).
GRIFFIN, TORPY, JJ., and COBB, W., Senior Judge, concur.